UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIAMOND SAWBLADES MANUFACTURERS' COALITION, DIAMOND PRODUCTS, LIMITED, WESTERN SAW MANUFACTURERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND TOOLS TECHNOLOGY, LLC, WUHAN WANBANG LASER DIAMOND TOOLS CO., LTD., DIAMOND TOOLS TECHNOLOGY (THAILAND) CO., LTD., DIAMOND TOOLS TECHNOLOGY CANADA, INC., WANBANG DIAMOND TOOLS USA, INC., <br><br> Defendants. | No. 1:19-cv-04674-TWP-TAB |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having made an Order directing the entry of final judgment, now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants Diamond Tools Technology, LLC, Wanbang Diamond Tools USA, Inc., Wuhan Wanbang Laser Diamond Tools Co., Ltd, Diamond Tools Technology (Thailand) Co., Ltd., and Diamond Tools Technology Canada, Inc. and against Plaintiffs Diamond Sawblades Manufacturers' Coalition, Diamond Products, Limited, and Western Saw Manufacturers, Inc. The Plaintiffs shall take nothing by their "Amended" Complaint, and this action is **TERMINATED**.

Dated: 12/31/2020

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Spiro Bereveskos
WOODARD EMHARDT HENRY REEVES & WAGNER, LLP
judy@uspatent.com

Blake R. Hartz
WOODARD EMHARDT HENRY REEVES & WAGNER, LLP
bhartz@uspatent.com

Kandi Kilkelly Hidde
FROST BROWN TODD LLC (Indianapolis)
khidde@fbtlaw.com

J. Frank Hogue
WHITE & CASE LLP
fhogue@whitecase.com

Kristopher N. Kazmierczak
KATZ  KORIN CUNNINGHAM, P.C.
kkaz@kkclegal.com

Claire L. Leonard
WHITE & CASE LLP
claire.leonard@whitecase.com

Stephen J. Obermeier
WILEY REIN LLP
sobermeier@wiley.law

Daniel B. Pickard
WILEY REIN LLP
dpickard@wileyrein.com

Brooke Smith
KATZ  KORIN CUNNINGHAM, P.C.

bsmith@kkclegal.com

Enbar Toledano
WILEY REIN LLP
etoledano@wileyrein.com

Timothy L. Wilson, Jr.
WHITE & CASE LLP
timothy.wilson@whitecase.com

Sally F. Zweig
KATZ  KORIN CUNNINGHAM, P.C.
szweig@kkclegal.com